# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129702

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                 SC: 129702
                                 COA: 256237
                                 Saginaw CC: 03-023311-FC

EUGENE CARL REID,
       Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the September 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219